In the Matter of ANNETTE MULLER, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.—

Foster, P. J., Bergan, Halpern and Zeller, JJ., concur.